IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCUS J. RILEY, | : | |
| | : | |
| Petitioner, | : | |
| | : | 1:12-cv-1977 |
| v. | : | |
| | : | Hon. John E. Jones III |
| SUPERINTENDENT DAVID A. VARANO, *et al.,* | : | |
| | : | |
| Respondent. | : | |

## ORDER

### January 27, 2014

In accordance with the Memorandum issued on today's date, **IT IS HEREBY ORDERED AS FOLLOWS.**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED.**

2. There is no basis for the issuance of a certificate of appealability.

3. The Clerk of Court is directed to **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
